UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARC BEREN REEDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00528-JRS-TAB |
| | ) | |
| TASHA TAYLOR, | ) | |
| BRETT WITTER, | ) | |
| MARK MCCLEESE, | ) | |
| JAMES THOMAS, | ) | |
| UNKNOWN SUPERVISOR OF UNITED | ) | |
| STATES PROBATION OFFICE OF SOUTHERN | ) | |
| DISTRICT OF INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. This case is dismissed **with prejudice**. *See* 28 U.SC. § 1915(e)(2)(B).

Date: 9/26/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

MARC BEREN REEDER
2823 Meredith Avenue
Indianapolis, IN 46201